

# IN THE
# TENTH COURT OF APPEALS

---

**No. 10-18-00116-CR**
**No. 10-18-00117-CR**
**No. 10-18-00118-CR**

## IN RE ANTHONY LYNN THIBODEAUX

---

**Original Proceeding**

---

# ORDER

---

Relator's Petitions for Writ of Mandamus were filed on April 4, 2018. The Court requests a response from the parties to the proceedings. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this order.

PER CURIAM



Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed May 16, 2018